**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  FRANCES Z. SAUNDLE                                    Case Number: 05-74643
         11673 JOAN AVENUE
         HUNTLEY, IL  60142                  SSN-xxx-xx-5816

                                                    Case filed on:       9/7/2005
                                                    Plan Confirmed on:   1/20/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $22,765.00         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
|  | Total Legal | 1,700.00 | 1,700.00 | 1,700.00 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 3,408.27 | 3,408.27 | 3,408.27 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 3,408.27 | 3,408.27 | 3,408.27 | 0.00 |
| 999 | FRANCES Z. SAUNDLE | 0.00 | 0.00 | 805.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 805.00 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 9,045.00 | 9,045.00 | 9,045.00 | 1,074.52 |
|  | Total Secured | 9,045.00 | 9,045.00 | 9,045.00 | 1,074.52 |
| 001 | CAPITAL ONE AUTO FINANCE | 194.72 | 194.72 | 85.15 | 0.00 |
| 002 | INTERNAL REVENUE SERVICE | 118.71 | 118.71 | 51.91 | 0.00 |
| 004 | AFT PLUS MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAPITAL ONE BANK (USA) NA | 870.82 | 870.82 | 380.80 | 0.00 |
| 006 | CAPITAL ONE BANK (USA) NA | 1,703.50 | 1,703.50 | 744.92 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 3,379.60 | 3,379.60 | 1,477.87 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 4,716.04 | 4,716.04 | 2,062.28 | 0.00 |
| 009 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | NORTHWEST COMMUNITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | SHERMAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | SPIEGEL CHARGE / FCNB | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | JUDY GULL | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 1,152.66 | 1,152.66 | 504.03 | 0.00 |
|  | Total Unsecured | 12,136.05 | 12,136.05 | 5,306.96 | 0.00 |
|  | Grand Total: | 26,289.32 | 26,289.32 | 20,265.23 | 1,074.52 |

Total Paid Claimant:     $21,339.75
Trustee Allowance:       $1,425.25           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:       43.73          discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

                                                      /s/ Lydia S. Meyer
                                                     Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  02/26/2009              By  /s/Heather M. Fagan